**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FELICIA FIFFER**                                                                            **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO.: 4:23-cv-233-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

## JUDGMENT

For the reasons given in this Court's Order [25] entered on September 12, 2024, it is hereby ordered and adjudged that the Commissioner's decision is **AFFIRMED.**

**SO ORDERED,** this the 12th day of September, 2024.

                                                    */s/ Jane M. Virden*
                                                    UNITED STATES MAGISTRATE JUDGE